UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

Scott Kelly Hansen,                                            Civil No. 07-749 (RHK/FLN)

       Petitioner,                                              **ORDER**

v.

Reginald A. Wilkinson,
(Director), Ohio D.O.C.,

       Respondent.

_____

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated February 7, 2007, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED**:

1. The Report and Recommendation (Doc. No. 3) is **ADOPTED**; and

2. The Clerk of Court is directed to transfer this action to the United States District Court for the Southern District of Ohio pursuant to 28 U.S.C. §1404(a).

Dated: March 6, 2007

                                                    s/Richard H. Kyle
                                                    RICHARD H. KYLE
                                                    United States District Judge